**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**
_____

JONATHON JONES,

    Petitioner,

v.                                                                                           Case No. 18-13387

GREG SKIPPER,

    Respondent.

_____/

## JUDGMENT

In accordance with the "Opinion and Order Granting Respondent's Motion to Dismiss, Granting a Certificate of Appealability, and Granting Permission to Appeal in Forma Pauperis" entered on October 30, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Greg Skipper and against Petitioner Jonathon Jones. Petitioner's certificate of appeal and permission to appeal in forma pauperis are GRANTED. Dated at Port Huron, Michigan, October 30, 2019.

                                                           DAVID J. WEAVER
                                                           CLERK OF THE COURT

                                                           By: <u>s/Lisa Wagner</u>
                                                              Lisa Wagner, Case Manager
                                                              to Judge Robert H. Cleland